UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 00-982 (MJD/RLE)

PATRICIA FISH,

Plaintiff,

v.

ORDER

CANDLEMAN CORP.,

Defendant.

---

The Court has been advised by the parties that the above entitled action has been settled. Therefore,

IT IS ORDERED THAT, in the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: 1-6-02

MICHAEL J. DAVIS
United States District Court Judge

JAN 07 2002
FILED
RICHARD D. S...
JUDGMENT ENTD
DEPUTY CLERK