UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia L. Fish,

Plaintiff,

v.

Candleman Corporation, a Minnesota corporation, and Joe Devine,

Defendants.

---

File No. 00-CV-982 MJD/RLE

**ORDER FOR DISMISSAL**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED:

That a judgment of dismissal with prejudice and on the merits without cost to any party be entered in the above-entitled action.

DATED: May 8, 2002

BY THE COURT:

Michael J. Davis
District Court Judge

FILED MAY
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK