# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patricia L. Fish,

Plaintiff,

Case No. Civil 00-982 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Candleman Corporation, a
Minnesota corporation, and
Joe Devine,
Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that a judgment of dismissal with prejudice and on the merits without cost to any party be entered in the above-entitled action.**

DATE: May 9, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch, Deputy Clerk